UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ROCHESTER LABORERS' PENSION, WELFARE-
S.U.B., ANNUITY AND APPRENTICE TRAINING
FUNDS AND LABORERS INTERNATIONAL UNION
OF NORTH AMERICA, LOCAL UNION NO. 435

          Plaintiffs           **ORDER**
vs           08-CV-6494

CATONE CONSTRUCTION COMPANY, INC.,
AND JOHN J. CATONE

          Defendants

On February 16, 2012, this Court issued an Order to Show Cause why this case should not be dismissed for Plaintiffs' failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. (Docket No. 15.)  By letter dated February 27, 2012, which letter was also filed with the Court (Docket No. 16), Plaintiffs informed the Court that they will not be seeking further relief, as provided for in this Court's Decision and Order granting-in-part and denying-in-part Plaintiffs' Motion for a Partial Default Judgment. Plaintiffs intend only to seek enforcement of the judgments previously issued in this case. Accordingly, any and all remaining claims are hereby dismissed, and the Court directs the Clerk of the Court to close this case.

    **SO ORDERED.**

                                        s/ Michael A. Telesca
                                        MICHAEL A. TELESCA
                                       United States District Judge

Dated:    Rochester, New York
           February 28, 2012